degree. There is no reasonable view of the evidence to support a finding that defendant acted recklessly or with criminal negligence rather than intentionally (*see, People v Dalgetty,* 242 AD2d 859, *lv denied* 91 NY2d 871) or that he intended to cause serious physical injury rather than death (*see, People v Kelly,* 221 AD2d 661, 662, *lv denied* 87 NY2d 974, *cert denied* 517 US 1200).

Defendant failed to preserve for our review his contention that the court's *Sandoval* ruling constituted an abuse of discretion (*see, People v McAllister,* 245 AD2d 184, 184-185, *lv denied* 91 NY2d 894), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). We reject the contention that defendant was denied effective assistance of counsel. "[T]he evidence, the law, and the circumstances of [this] case, viewed in totality and as of the time of the representation, reveal that the attorney provided meaningful representation" (*People v Baldi,* 54 NY2d 137, 147).

A preponderance of the evidence at the probation violation hearing supports the court's finding that defendant violated the terms and conditions of his probation requiring him to undergo an alcohol and drug evaluation and, if recommended, to complete any drug or alcohol program deemed appropriate (*see, People v Raleigh,* 184 AD2d 869, *lv denied* 80 NY2d 908). (Appeal from Judgment of Monroe County Court, Connell, J.— Murder, 2nd Degree.) Present—Green, J. P., Hayes, Pigott, Jr., and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK SIDES, Appellant. (Appeal No. 2.) [696 NYS2d 916] —Judgment unanimously affirmed. Same Memorandum as in *People v Sides* ([appeal No. 1] 265 AD2d 907 [decided herewith]). (Appeal from Judgment of Monroe County Court, Connell, J.—Violation of Probation.) Present—Green, J. P., Hayes, Pigott, Jr., and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK SIDES, Appellant. (Appeal No. 3.) [696 NYS2d 724] —Judgment unanimously affirmed (*see, People v Miles,* 237 AD2d 991, *lv denied* 90 NY2d 861). (Appeal from Judgment of Monroe County Court, Connell, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Hayes, Pigott, Jr., and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINT BUTLER, Appellant. [697 NYS2d 782] —Judgment unanimously affirmed. Memorandum: Defendant was sentenced to